

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00329-CV

BRANDON DARNELL, Appellant

V.

ANDREA MORALES, Appellee

Appeal from the 280th District Court of Harris County.   (Tr. Ct. No. 2015-04152).

**TO THE 280TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 23rd day of June, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

Appellant, Brandon Darnell, neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed for want of prosecution.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered June 23, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

_September 4, 2015_

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

